# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

DAVID WAYNE GIZMO WEXLER,

    Plaintiff,

v.                                         Case No. 6:22-cv-1627-RBD-LHP

GEORGIE TORRES; FLORIDA
DEPARTMENT OF LAW
ENFORCEMENT; PATRICK
LEPORE; BLAISE TRETTIS;
MICHELLE CAMPBELL; and STATE
OF FLORIDA,

    Defendants.
_____

## ORDER

Plaintiff filed a *pro se* Complaint alleging constitutional violations and moved to proceed *in forma pauperis*. (Doc. 1; Doc. 2 ("Motion").) On referral, U.S. Magistrate Judge Leslie Hoffman Price recommends dismissing the Complaint without prejudice and allowing Plaintiff to amend, provided he can correct several deficiencies with his original pleading.[1] (Doc. 18 ("R&R").) Neither party objected to the R&R, so the Court examines it for clear error only. *See Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). Finding none, the R&R is due to be adopted

---

[1] For example, Judge Hoffman Price details in the R&R why several defendants are immune from suit and how Plaintiff's Complaint is a shotgun pleading. (Doc. 18, pp. 6–9, 12.)

in its entirety.

Further, this is Plaintiff's second attempt to file a suit against these Defendants. *See David Wayne Gizmo Wexler v. Georgie Torres, et al.*, No. 6:21-cv-887, Doc. Nos. 1, 47 (M.D. Fla.). Plaintiff is warned that an amended complaint failing to comply with the directives outlined in the R&R may be dismissed with prejudice. *Garcia v. Chiquita Brands Int'l, Inc.*, 48 F.4th 1202, 1220 (11th Cir. 2022) (Leave to amend is not necessary where there is "repeated failure to cure deficiencies by amendments previously allowed . . . or where amendment would be futile.").

Accordingly, it is **ORDERED AND ADJUDGED**:

1. The R&R (Doc. 18) is **ADOPTED**, **CONFIRMED**, and made a part of this Order in its entirety.

2. Plaintiff's Motion (Doc. 2) is **DENIED**.

3. Plaintiff's Complaint (Doc. 1) is **DISMISSED WITHOUT PREJUDICE**.

4. By **Monday, November 21, 2022**, Plaintiff may file an Amended Complaint correcting the deficiencies identified in the R&R (Doc. 18) and a renewed *in forma pauperis* motion. Failure to timely file will result in the file being closed without further notice.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on November 9, 2022.



ROY B. DALTON JR.
United States District Judge

Copies:
*Pro se* Plaintiff David Wayne Gizmo Wexler